AO ___    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Arkansas__

UNITED STATES OF AMERICA

v.

Williams, Jerena Kay

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

Case Number: 4:19-cr-00037-BSM-8
USM Number: 32876-009

Date of Original Judgment: __6/4/2021__
(Or Date of Last Amended Judgment)

John Hall
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of __70__ months is reduced to __57__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level (Prior to Departure/Variance/Rule 35): __27__         Amended Offense Level: __25__
Criminal History Category: __I__         Criminal History Category: __I__
Previous Guideline Range: __70__ to __87__ months         Amended Guideline Range: __57__ to __71__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __6/4/2021__ shall remain in effect.

IT IS SO ORDERED.

__11-16-23__
Order Date

__February 1, 2024__
Effective Date (if delayed)

Signature of Judge

U.S. District Judge Brian S. Miller
Name and Title of Judge

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 16 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK